UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLEN LIQUOR, INC.,            )
d/b/a SOUTHGATE LIQUOR.        )
                               )
                               )    06-CV-15279 CK
            Plaintiff,         )
                               )
v                              )    Hon. Nancy G. Edmunds
                               )
                               )
UNITED STATES FIDELITY &       )
GUARANTY COMPANY,              )
                               )
            Defendant.         )
                               )
_____)

## PLAINTIFF'S WITNESS LIST

NOW COMES the above named Plaintiff, Allen Liquor, Inc., d/b/a Southgate Liquor, and for its list of witnesses whom it may or will call at the time of trial in this matter, respectfully submit:

1. Former owners, partners and/or employees of Allen Liquor, Inc., d/b/a Southgate Liquor, 15007 Eureka Road, Southgate, Michigan, including but not limited to:

    a.  Mike Sharrak
        6107 Maple Forest Court
        West Bloomfield, MI 48322

    b.  Bahjet Sharrak
        5023 Fleming Ct.
        Sterling Heights, MI 48310

    c.  Al Habib
        5023 Fleming Ct.
        Sterling Heights, MI 48310

    d.  Rami Sessi

2. Current and former owners and/or employees of Pierre Properties, LLC, including but not limited to:

    a.    Mike Sharrak
           6107 Maple Forest Court
           West Bloomfield, MI 48322

3. Sheila Widenback

4. Corbin Chapman

5. Kenneth Laforit

6. Corey Kurr

7. Representatives United States Fidelity & Guaranty Company, including but not limited to:

    a.    Nancy Fisher

8. Representatives of GEOIM, Inc., including but not limited to:

    a.    Imad Isaac
           1320 W. Allen Road
           Flint, MI 48507

9. Representatives of Chambers Ins. Agency Services, LLC
    1700 Market Street, Ste. 2000
    Philadelphia, PA 19103

10. Representatives of Globe Midwest Adjusters International, including but not limited to:

    a.    Michael Ledger – Expert
           25800 Northwestern Hwy., Ste. 885
           Southfield, MI 48075

    b.    Wendy Biety – Expert
           25800 Northwestern Hwy., Ste. 885
           Southfield, MI 48075

11. Representatives of MJ White & Son, Inc.
    30747 W. Ten Mile
    Farmington Hills, Mi 48336

12. Representatives of BioPay
    580 Herndon Parkway
    Herndon, VA 20170

13. Representatives of ATM of America, Inc.
    6775 Daly Road, Ste. 105
    West Bloomfield, MI 48322

14. Keepers of the records of the following:

    a. Hubert/Hubert.com
    b. Serv-U
    c. AAA Commercial Products
    d. Home Depot
    e. Superprod.com
    f. Zama Food Service Equipment
    g. John H. Murcott, Inc.
    h. Makita
    i. Blue Star Safe & Lock
    j. Rand
    k. American Hotel Register Company
    l. Rapids Wholesale

15. State of Michigan
    Michigan Liquor Control Commission
    7150 Harris Drive
    P.O. Box 30005
    Lansing, MI 48909

16. All necessary rebuttal witnesses.

17. All witnesses named or referred to in interrogatory answers, depositions, any and all pleadings, investigations and/or claims files or referred to in documents maintained or produced by all parties.

18. All witnesses revealed by further discovery which is ongoing and incomplete at this time.

19  All witnesses listed by other parties.

20  All witnesses listed by any other parties to this action but not called at trial.

21  Any witness who may have been retained by other parties, whether or not called at the time of trial.

22  Custodian of records for any witnesses listed by any party to this action.

23  Any and all witnesses that become known to Plaintiff through the course of this litigation.

3

24    All parties to this action, their employees, agents, and representatives under the adverse witness rule where applicable.

Plaintiff Allen Liquor, Inc., d/b/a Southgate Liquor reserves the right to name additional witnesses through and including the time of trial in this matter.

Respectfully submitted,

FABIAN, SKLAR & KING, P.C.

By:   /s/Patrick A. King
PATRICK A. KING (P27701)
Attorney for Plaintiff
33450 West Twelve Mile Road
Farmington Hills, MI 48331
(248) 553-2000
pking@fabiansklar.com

Dated: March 13, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on March 14th, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

John D. Honeyman, Esq.
27777 Franklin Rd.
Suite 1100
Southfield, MI 48034
jhoneyman@pjmpc.com

and I hereby certify that I have mailed by United States Postal Service the paper to the

following non-ECF participants: None.

                          FABIAN, SKLAR & KING, P.C.

By:   /s/Patrick A. King
       PATRICK A. KING (P27701)
       Attorney for Plaintiff
       33450 West Twelve Mile Road
       Farmington Hills, MI 48331
       (248) 553-2000
       pking@fabiansklar.com